**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6535**

NICHOLAS E. CARDEN,

　　　　　Petitioner - Appellant,

　　v.

DAVIS, Warden,

　　　　　Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.　Leonie M. Brinkema, District Judge.　(1:08-cv-00171-LMB-JFA)

Submitted:　June 16, 2008　　　　Decided:　July 11, 2008

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Nicholas E. Carden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas E. Carden moves for a certificate of appealability, seeking to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Carden has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. In addition, we deny Carden's motions for appointment of counsel and for relief audita querela, his "Motion to Request Order from Court to Consider Petition," and all other pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -